# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2022-2964
LT Case No. 2022-30420-CICI

_____

THOMAS DESPART,

    Appellant,

    v.

JEFFREY DEEN, REGIONAL
COUNSEL, and MITCHELL
WRENN, ASSISTANT REGIONAL
COUNSEL,

    Appellees.

_____

On appeal from the Circuit Court for Volusia County.
Dennis Craig, Judge.

Thomas Despart, Arcadia, pro se.

Ashley Moody, Attorney General, Tallahassee, and Veronica
Burianek, Assistant Attorney General, Tampa, for Appellees.

June 11, 2024

PER CURIAM.

    AFFIRMED.

MAKAR, EISNAUGLE, and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____